982

No. 74–339.  Wolman et al. *v.* Essex et al.  Appeal from D. C. S. D. Ohio.  Judgment vacated and case remanded for further consideration in light of *Meek* v. *Pittenger, ante,* p. 349.  Mr. Justice Douglas took no part in the consideration or decision of this appeal.

No. 74–1221.  Civil Service Commission of New York et al. *v.* Snead.  Appeal from D. C. S. D. N. Y. Judgment vacated and case remanded for consideration of question of mootness.  Mr. Justice Douglas would note probable jurisdiction and set case for oral argument. Mr. Justice Brennan, Mr. Justice Marshall, and Mr. Justice Blackmun would affirm the judgment.

No. 74–1153.  Kacher *v.* Pittsburgh National Bank et al.  Appeal from C. A. 3d Cir. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 74–1258.  E. F. Johnson Co. *v.* Commissioner of Taxation.  Appeal from Sup. Ct. Minn. dismissed for want of substantial federal question.  Mr. Justice Blackmun took no part in the consideration or decision of this appeal.